**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-1948**

CHARLES DIXON,

Plaintiff – Appellant,

v.

PATRICK DONAHOE; RENEE AVINGER,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.   Graham C. Mullen, Senior District Judge.   (3:13-cv-00284-GCM)

Submitted:  December 9, 2013          Decided:  December 18, 2013

Before NIEMEYER and DIAZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Charles Dixon, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Dixon appeals the district court's order dismissing this action for failure to comply with the court's order to file an amended complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Dixon v. Donahoe, No. 3:13-cv-00284-GCM (W.D.N.C. July 9, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED